```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x
In re:                                  :

JOSEPH S. ALMEIDA                       :     BK No.   04-11668
          Debtor                              Chapter 13
                                        :

JP MORGAN CHASE BANK, N.A.,
SUCCESSOR IN INTEREST TO BANK ONE       :
NATIONAL ASSOCIATION (f/k/a The
First National Bank of Chicago),        :
AS TRUSTEE
          Plaintiffs                    :
     v.                                       A.P. No.  06-1036
JOSEPH S. ALMEIDA, RICHARD W. GOFF,     :
MARGARET E. GOFF, UNITED STATES OF
AMERICA, RHODE ISLAND DIVISION OF       :
TAXATION, GREEN TREE FINANCIAL
SERVICING CORP., BANK OF AMERICA        :
FLEET NATIONAL BANK, and JOHN
BOYAJIAN, Esq., CHAPTER 13 TRUSTEE      :
          Defendants
- - - - - - - - - - - - - - - - - - -x
```

**ORDER**

1. Pursuant to this Court's Order dated December 1, 2006, $22,720.46 was deposited with the Court Registry (the "Surplus Proceeds"), pursuant to RI LBR 7067-1.

2. In accordance with RI LBR 7067-1 and Local District Court Rule 67(c), the Surplus Proceeds, to the extent they have earned income, are subject to a fee of 10% of the income earned (the "Net Surplus Proceeds").

3. After consideration thereon, it is hereby ORDERED, ADJUDGED, AND DECREED, that the Bankruptcy Clerk shall obtain a check for the Net Surplus Proceeds from the Registry Account and disburse the same to David Rosen, HARMON LAW OFFICES, who shall thereafter disburse the funds as set forth in this Court's previous orders, immediately upon their receipt from the Clerk.

4. A separate check shall be issued to the Clerk of the Bankruptcy Court in the amount of 10% of the income earned on the Surplus Proceeds. Thereafter, the Clerk may close said Registry Account with Washington Trust Bank.

Entered as an Order of this Court on this 27th day of February, 2007.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 2/27/07